IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 0 6 2021

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

RECEIVED
U.S. DISTRICT COURT
STERN DISTRICT ARKANSAS
2021 JUL -6 A 9: 35

Steven Cody-Obama #145169                    Plaintiff

V.

CASE #: 4:21-cv-606 JM-JJV

Warden James Gibson, et al                   Defendants

## I. JURISDICTION & VENUE

1.) This is a civil action authorized by 42 U.S.C. §1983 to redress the deprivation, under color of State Law, of rights secured by the U.S. Constitution. The court has Jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiffs claims for Injunctive relief are authorized by 28 U.S.C. section 2283 & 2284 and Rule 65 of the Fed. R. Civ P.

2.) The Eastern District of Arkansas is an appropriate venue under 28 U.S.C. section 1391(b)(2) because it is where the events giving rise to this claim occurred.

This case assigned to District Judge _Moody_
and to Magistrate Judge _Volpe_

## II. PLAINTIFF

3.) Plaintiff Steven Cody-Obama, is and was at all times mentioned herein a prisoner of the State of Arkansas in the custody of the Arkansas Dept. of corrections. He is currently confined in Varner Supermax unit in Grady, Arkansas. 7/644,

## II. DEFENDANTS

4.) Defendant Dexter Payne IS the Director of ADC. He IS legally responsible for the overall operation of the Department and each Institution under ITS Jurisdiction, including VARNER SUPERMAX unit. He acted complacent and continued to allow the inappropriate conduct to be exhibited at VSM.

5.) Defendant M. Dale Reed IS the Chief Deputy Director of ADC. He IS legally responsible for the overall operation of Varner Supermax unit along with other units under ITS Jurisdiction. He acted complacent and continued to allow the inappropriate/unprofessional conduct to be exhibited at VSM.

6.) Defendant Raymond Naylor IS the Disciplinary Hearing Administrator and Director of Internal Affairs Division of ADC. He IS legally responsible for Disciplinaries Investigations as well as other Dept. Investigation under its Jurisdiction. He acted complacent and continued to allow the above same conduct and didn't speak w/ me during the Investigation Phase of Incident at all.

7.) Defendant James Gibson IS the Warden of Varner/Varner Supermax units. He IS legally responsible for the Operation of Varner Supermax unit and the welfare of all the Inmates in that Prison. He also acted complacent and continued to allow the above same conduct and also never once spoke w/ me as the Investigation Phase began or ended.

8.) Defendant James Shipman IS the Deputy Warden of Varner/Varner Supermax units. He IS the SECURITY warden and IS responsible for the Security and overall welfare of All Inmates in these Prisons. He also acted complacent and continued to allow the above same conduct and also never spoke with me during the Investigation Phase and since he was the units PREA manager and he failed to act.

9.) Defendant Scott Taylor IS the Major of Varner unit. He was the Captain of VSM at time of Incident. He IS the Commander over the Supermax and IS responsible to conduct Investigations PREA related. He sought to (cover up) Incident involving CO1. Lafayette conduct. He never turned Report over to Proper Authorities upon Information and Belief.

10.) Defendant LT. Washington IS a Lieutenant at Varner Supermax unit. He IS a Lieutenant and at all times mentioned in this Suit held the rank of Lieutenant and was assigned to Varner Supermax as Shift Supervisor and He too sought to (cover up) Incident Involving CO1. Lafayette by failing to Report to higher Authorities.

11) Defendant Cpl. Lafayette is a correctional officer of the State of Arkansas who, at all times held the rank of Corporal and was assigned to Varners supermax and reported what she stated but Authorities sought to minimize and (cover-up) Incident to Higher Authorities.

12) Defendant Amanda Paisley is a Employee of the State of Arkansas who at all times held the position of Employee In the office of PREA Coordinator. She knew that there was an Incomplete Investigation In my case and Never sought to remedy the Incident to Higher Authorities.

13) Each Defendant is sued Individually and In his or her official Capacity. At all times mentioned In this complaint each Defendant acted under the color of State Law.

## III. FACTS

See complaint Attached.



*Complaint*

① On the approx. date and time of 12-29-2020 at approx. 12:46 PM. While housed in Cell Block 358 Cell Speaking with my neighbor #357 cell about the inmate who had just been found DEAD hanging in his cell #339 (Skyland Harris #139646). CPl. Lafayette heard me and stated "Why the Fuck are you in that Business that has nothing to do with you, that must be your Gay Girlfriend, you a Gay Ass Faggot, you just mad we you a Dookie chaser." We (me/my neighbor) were discussing how short the Staff are at VSM and had the security checks been made properly then they would have found the inmate sooner since they were 3 cells away doing their wt call. (See Attached Log Sheet).

All inmates in the cell block heard this unprofessional conduct. I should not have to be subjected to Ridicule and LGBT harassment by Staff for my Sexual preference (Bi-Sexual). I am an inmate and I did NOT have anything with this inmate Harris but she implied it to all the cell block and has placed me in a very compromising situation. CPl. Lafayette stated she was on his tier when he hung himself and other inmates got in Arguments with her yet she chose to single me out with her "LGBT Discriminatory comments" and For stating "She Believes all Gay people should be shot in their heads with their Gay Asses."

I requested a Investigation Into the matter but NO Avail,

Sgt. Jenkins, Lt. Washington, Capt. Taylor, D/W Shufman, Warden Gibson, Raymond Naylor, Amanda Pasley, Dale Reed, Director Dexter Payne are all Involved Directly In this Suit and was an Integral Part of the Investigation yet Moore did anything about It and Never Permitted me to take a Polygraph test and never spoke to me about the Investigation Phase of case.

Lt. Washington / Capt. Taylor sought together to Drop my Statement / Investigation Evidence which I wrote In my ADC Statement and turned Into Capt. Taylor. I called PREA Hotline 870-267-6533 and Reported Incident but NO Avail.

I feel this Incident should be construed as a Federal HATE CRIME.

I have undergoe mental Health treatment and am still being harrassed, Targeted and Retaliated against as a Result of Incident. I have requested Transfers to Another Prison but NO Avail and now I feel that my Life Is In "Imminent Danger" as a result because I can't get anyone to address the seriousness of the Incident and CPL. LaFayette constantly

works around me on a regular basis where on the Days she works I do not accept my chow trays Because I don't trust her and feel my life is in danger.

The following cases are relevant to above case (complaint).

1.) Murray V. U.S. Bureau of Prisons, 106 F. 3d 401 (6th Cir. 1997).

2.) Johnson V. Johnson, 385 F, 3d 503 (5th Cir. 2004).

There are Multiple Inmates who are and will serve as

witnesses. The threats. or took part in the (acts) are and are willing to testify on

Plaintiff's behalf. The witnesses are: Stanley An Mazurek, Kordarrell Brewer, Justin Couch, and Rennie Dorsey

and Robert Williams, Dylon In Dunn. The presence of statements and documents may be admitted

by a party opponent and *is* admissible as "records of regularly conducted

activity" (often termed business records or public records and reports.) **Rule**

**803 (8) Fed Rules of Evidence STORLE V. MOMS, 546 F2D 730,738 (7TH**

**AV 1976)** Pursuant to **Rule 30 (6)** Plaintiff needs Court to issue a subpoena

for witnesses.

## CONFLICTING TESTIMONY

3. The Plaintiff's accounts of the claims are gravely in conflict with the

statements of the Defendants if they make any. The aspect of the case will be

a credibility contest between the Defendants and the Plaintiff (and such

witnesses as can located).The existence of the credibility issues supports a

hearing be scheduled. **STEELE V. SHAH, 87 F3D 1266, 1271 (11TH CIR**

**1996).**

In his complaint he suffered and still suffers lingering effects from the

Defendants actions especially with the current (LGBT) Black Lives Matter

movements around the country. These acts of violence and racism and Harassment and Discrimination and

aggression is never okay and shall <u>not</u> be tolerated in any society.

## MERITS OF CASE

4.  The Plaintiff's allegations, if proven would clearly establish a ~~state tort~~ *constitutional*

    violation, the unprovoked an injurious threats by the Defendants clearly

    states an ~~State Tort~~ *constitutional* violation because Defendants knew of the intent and

    failed to cease their actions On its face this is a meritorious case. The

    Plaintiff needs the Court to issue a subpoena so Plaintiff can depose

    witnesses in ~~Sheriff's~~ *ADC* custody and for witnesses to be present at a hearing

    pursuant to **Rule 30 (b)**.

WHEREFORE, the Plaintiff prays that this matter be heard ~~during the month of~~

~~May 2021 prior to the Plaintiff's departure from ADC Custody~~ and a date be set

for Plaintiff's ~~motions which are pending in the court for April 2021. Plaintiff~~ *case. Plaintiff requests Injunctive Relief, Transfer of Plaintiff away from Defendant Lafayette and all other J-89*

~~wants to a hearing to be scheduled as soon as the Court docket permits~~ *relief deemed Prope.*

Respectfully,

*[signature]*

Steven Cody-Obama

Plaintiff

P.O. Box 600

Grady, AR. 71644

3

IN THE CIRCUIT COURT OF **ARKANSAS** COUNTY, ARKANSAS

**CIVIL** DIVISION

ISHMAEL H. OBAMA                                    PLAINTIFF

V.                                    CASE #: **CV2019-57-S.D.**

JUSTIN GLOVER, ET AL.                                    DEFENDANT

**INAPPROPRIATE MISCONDUCT LOG**

I/M Skyland Cordero Harris #139646

| Date / Time | Who | Description | Initials |
|---|---|---|---|
| 12-29-20 approx. 8:36 am | I/M Harris | VSM Cross/Freexam held and informed of Thoughts. | Obama |
| approx. 9:00 am | I/M Harris | Informed Cpl. Henry of Suicidal Thoughts who then told Sgt. Blevins. | |
| approx. 9:23 am | I/M Harris | Informed Cpl. Lafayette about Suicidal Thoughts. | Obama |
| approx. 10:00 am | — | Mental Health were Advised about I/M Harris | |
| approx. 10:29 am | ACC mr. o'conner | Mr. O'conner came to speak w/ inmate Harris at cell | |
| approx. 11:00 am | ACC Warner | Chow/haircuts continue Mr. Warner enters cellblock | |
| approx. 11:45 am | ACC O'conner | Mr. O'conner exits the cellblock. | |
| approx. 12:20 PM | ACC Warner | Mr. Werner Exits the cellblock. | |
| approx. 12:35 PM | I/M Harris | I/M Harris found DEAD hanging in cell #39. | |
| approx. 12:35 PM | | Code called on radio for All staff but cellblock Bull pen open which prevents staff from entering for 3-4 mins. | |
| approx. 12:37 PM | | Security and Dr. Shipman enter cellblock from CB4 crossover. | |
| approx. 12:38 PM | | Additional Security enter cellblock two front door bull pen's closed the bull pen. | |
| approx. 12:39 PM | | Medical enters cellblock w/ stretcher. | |
| approx. 12:43 PM | | Medical exit cellblock with I/M Harris lifeless Body on stretcher w/o anyone performing any medical attention. | |
| 12-29-20 approx. 1:38 PM | CB3 | Informed by security that I/M Harris IS DEAD | Obama |
| 12-29-20 approx. 2:24 PM | | Lincoln County coroner came to cellblock to see location of Death. | |

SideNote: This inmate has informed security all day about suicidal thoughts and about his family disowning him for being "GAY" He actually hung in cell for minutes before he was found bcc security failed to make appropriate rounds to ensure the welfare of all inmates.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

**RECEIVED**

APR 0 5 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSm21-00009 |
| Date Received: 1-6-2021 |
| RV. Code #: 900 |

Unit/Center __VCm__

Name __Steven Cody-Obama__

ADC# __14960__  Brks # __1635__  Job Assignment _____

12-29-20 (Date) STEP ONE: Informal Resolution

_____ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* __N/O__ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): At approx. 12:46pm on 12-29-20 while in cellblack 358cell speaking to my neisebor #357cell about the I/M Skyland Norris #139646 being found DEAD in his cell #239. CPl. Lafayette heard me and stated "why the FUCK are you in that Business that has nothing to do w/ you, that must be your Gay Girlfriend, you a Gay ASS Faggot, you JUST mad cuz you a Donkie Chaser." All inmates in the cellblock heard this unprofessional conduct. I should NOT have to be subjected to Ridicule and harassment by staff for my sexual preference. I am an inmate, and I DID NOT have anything with this I/M Norris but she Implied it to all the cellblock and has placed me in a very compromising situation. CPl. Lafayette stated she was on his tier when he hung himself and other inmates got in Arguments with her, yet she (smiled) me out by her LGBT discriminatory comments) and for stating she believes "all Gay people should be shot in their heads w/ their Gay Asses." I'd like a investigation to be started by Internal Affairs for this officers unprofessional conduct Persort to AR225.

Inmate Signature __Steven Cody-Obama__  Date __12-29-2020__

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __12-29-20__ (date), and determined to be Step One and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____  Date _____

Sgt. VenTims  39959  Sgt. VenTims  12-29-20
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including dates: On 12-29-20 at approximately 17:20 pm CPl. Lafayette was assigned to OB3 during Security rounds + never made it to 3rd Tier because of the incident happening on 2nd Tier. After everything was over Talmate Obama and his Neighbor Next door Cell #657 was yelling over the top tier from their cells to me bad voyage saying Somebody need to be _____ happen to Skyland

Staff Signature & Date Returned _____  Inmate Signature & Date Received _____

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____  JAN - 6 - 2021 Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

VARNER UNIT GRIEV

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

356

IGTT440
3GE

Attachment X

# GRIEVANCE EXTENSION

TO INMATE:   Cody/Obama, Steven/Ismael D.
FROM:   Jackson, Lucretia R
DATE:   02/02/2021

ADC#:   145160
TITLE:   ADC Inmate Grievance Coord
GRIEVANCE #:   VSM21-00009

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

Additional information is needed.

The Chief Deputy/Deputy/Assistant Director will answer this appeal by   03/02/2021 :

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding its merit.

☐ DISAGREE   By disagreeing with this extension, I waive my right to have this grievance issue considered, and acknowledge I have not exhausted the grievance process as necessary to pursue a complaint.

ADC#: 145160 Date: _____

Inmate Signature

Warden/Center Supervisor Signature

2/3/21

Date

Chief Deputy/Deputy/Assistant
Director/Director Signature

Date

IGTT440                                                                    Attachment X
3GE

# GRIEVANCE EXTENSION

TO INMATE:   Cody/Obama, Steven/Ismael D.      ADC#:   145160
FROM:   Jackson, Lucretia R                    TITLE:   ADC Inmate Grievance Coord
DATE:   03/02/2021                             GRIEVANCE #:   VSM21-00009

ADDITIONAL TIME IS NECESSARY IN ORDER TO:

 gather more information.


The Chief Deputy/Deputy/Assistant Director will answer this appeal by   04/01/2021 :

This Extension is automatic unless you specifically disagree; If you agree to the extension then no action is
required on your part. If you DO NOT agree to the extension, check DISAGREE, sign your name on the signature
line, write your ADC#, and date this form, and return the orginal to this office. If you do not agree, you
understand that, with your decision, NO FURTHER ACTION will be taken on this issue, you WILL NOT have
exhausted your administrative remedies, and your grievance will be returned to you without a decision regarding
its merit.

☐ DISAGREE      By disagreeing with this extension, I waive my right to have this grievance issue considered, and
                acknowledge I have not exhausted the grievance process as necessary to pursue a complaint.


                                            ADC#: 145160   Date: _____

_____
Inmate Signature

_____               3/2/21
Warden/Center Supervisor Signature           Date

_____
Chief Deputy/Deputy/Assistant                _____
Director/Director Signature                  Date



CB03 /0358

**Arkansas Department of Correction**
**Varner/Varner Super Max Unit**
**P. O. Box 600**
**Grady, Arkansas 71644-0600**
**Tele: (870) 575-1902   Fax: (870) 479-2935**
**James Shipman, Deputy Warden**

TO:         Cody/Obama, Steven/Ismael #145160

FROM:    James Shipman, Deputy Warden

DATE:     March 16, 2021

RE:         Inmate Request Form

In response to your inmate request form dated 03/11/2021, the incident was forwarded to Internal Affairs for investigation and is under that office's remit.

JS/lt

CB03/0358



**Office of the PREA Coordinator**
**1302 Pike Avenue**
**North Little Rock, AR 72114**

To:     Inmate Cody/Obama ADC #145160 VSM

From:   Amanda Pasley

Date:   March 9, 2021

Re:     Notification of PREA Investigation


You recently made an allegation of staff-on-inmate sexual harassment.  This allegation was investigated by Unit staff, reviewed by Internal Affairs, and deemed to be unfounded.

Please be advised inmates who make false PREA allegations are subject to disciplinary action for lying to staff.

If you have any questions, please speak to the PREA Compliance Manager at your unit, DW Shipman.

Thank you.

http://DOC.Arkansas.gov

# Inmate Request Form

This form is to be used by inmates to contact staff concerning issues they may have. You should allow five (5) working days to receive a response to your request. This is the Varner/Varner Supermax's in-house form

| Name: *[illegible signature]* | ADC#: 145160 | Barracks: CB358 | Date: 3-5-21 |
|---|---|---|---|

| Staff Directed to: Mrs. Lucretia Jackson | Office: VSM Grievance |
|---|---|

My Request is directed to the following area: (Check one)

| ☐ Chaplain | ☐ Classification | ☐ Commissary | ☐ Deputy Warden |
|---|---|---|---|
| ☐ Food Service | ☐ Hobby Craft | ☐ Laundry | ☐ Library/Law |
| ☐ Mailroom | ☐ Medical | ☐ Mental Health | ☐ Parole |
| ☐ Property | ☐ Records | ☐ SATP | ☐ Security |
| ☐ School | ☐ Visitation | ☐ Warden | ☐ _____Other |

Give a detailed reason for your request:

*On 3-5-21 I received an Extension on Grievance VSM-00009 where it was signed by the warden for me to get a respond by 3-22-21. On 3-4-21 I received another extension by the warden dated 3-2-21 but he isn't authorized after the been paide the Directors office will respond. Director should have signed Extension please well.*

Have you spoke to any staff about your request? If yes, whom did you speak with and when?

Inmate signature *[signature]* 3-5-21  Date

RECEIVED
MAR 10 21
VARNER UNIT GRIEVANCE

| Staff Responding: | Date: |
|---|---|

Response:

*VSM2l-00009 is still under investigation. The extension was signed by Warden Gibson as extension form indicates. You will receive communication regarding this grievance.*

I am referring this to:

Cc: _____

_____

Staff Member Signature *[signature]* 3/10/21  Date

Inmate File

CB3/358

IGTT410
3GS

Attachment III

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160B  GRIEVANCE #: VSM21-00009

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Cody/Obama, Steven/Ismael you stated, "at approx. 12:46pm on 12-29-20 when in cellblock 358 cell speaking to my neighbor #357 cell about the I/M Skyland Harris #139646 being found dead in his cell #339. Cpl. Lafayette heard me and stated " why the fuck are you in that business that has nothing to d w/you that must be your gay girlfriend you a gay ass faggot, you just mad cuz you a dookie chaser. All inmates in me cellblock heard this unprofessional conduct. I should not have to be subjected to ridicule and harrassment by staff for my sexual preference. I am an inmate and I did not have anything with this I/M Harris but she implied it to all the cellblock and has placed me in a very compromising situation. Cpl. Lafayette stated she was on his tier when he hung himself and other inmates got in argument with her yet she singled me out by her LGBT discriminatory comments and for stating she believes all gay people should be shot in their heads w/their gay asses'd like an investigation to be started by Internal" (end of allotted space)

Your grievance was forwarded to Internal Affairs for further investigation. The allegations were unfounded. Therefore, I find this issue without.

RECEIVED

APR 0 5 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

_____   _____   _____
Signature of Warden/Supervisor or Designee    Title    Date

3/25/21

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

*[handwritten]* Never spoke w/ any Administrated official (major or D/W or warden or even to Internal Affairs) Yet it was unfounded w/o a proper Investigation. I'd like a SVSA test to further prove that I am telling the truth and subject to Disciplinary Action, if Cpl. Lafayette never made these statements.

Inmate Signature

ADC#: <u>145160</u>

Date $3\text{-}26\text{-}21$

RECEIVED

APR 0 5 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.     ADC #: 145160     GRIEVANCE#:VSM21-00009

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 12/29/2020, you stated, "at approx. 12:46pm on 12-29-20 when in cellblock 358 cell speaking to my neighbor #357 cell about the I/M Skyland Harris #139646 being found dead in his cell #339. Cpl. Lafayette heard me and stated " why the fuck are you in that business that has nothing to d w/you that must be your gay girlfriend you a gay ass faggot, you just mad cuz you a dookie chaser. All inmates in me cellblock heard this unprofessional conduct. I should not have to be subjected to ridicule and harrassment by staff for my sexual preference. I am an inmate and I did not have anything with this I/M Harris but she implied it to all the cellblock and has placed me in a very compromising situation. Cpl. Lafayette stated she was on his tier when he hung himself and other inmates got in argument with her yet she singled me out by her LGBT discriminatory comments and for stating she believes all gay people should be shot in their heads w/their gay asses'd like an investigation to be started by Internal" (end of allotted space)"

On 3/25/2021, the warden responded, "Your grievance was forwarded to Internal Affairs for further investigation. The allegations were unfounded. Therefore, I find this issue without."

Your appeal was received on 4/5/2021. After a review of your appeal and supporting documentation, I find that the Internal Affairs Division conduct an investigation of your complaint and your allegation were Unfounded. I find no evidence to support your allegation. Therefore, I find no merit in your appeal.

Appeal Denied.

_____     _____4-20-21_____
Director                                      Date

GRIEVANCE OFFICE

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)    [MAR - 9 ]

Unit/Center _VSM_

FOR OFFICE USE ONLY

GRV. # _VSM2400507_

Date Received: _3/23/21_

GRV. Code #:

Name _Steven Cody Obama_

ADC# _145160_  Brks # _(8358_  Job Assignment _REST. Hsg_

3-9-21 (Date) STEP ONE: Informal Resolution

3-6-21 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I am Not Satisfied_
_w/ the Response bc I have been lied to from Jail._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _NO_ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _I wrote a Grievance on LGBTQ_
_Discriminatory comments made by CPL Lafayette on 12-29-20._
_The Grievance was dated 12-29-20 and said I'd recieve a_
_Response by 2-3-21._
_On 2-3-21 the warden Stated via Grievance Extension_
_that "Additional information was needed" and would be responded_
_to by 3-2-21 by the Chief Deputy/Director/Assistant Director_
_no Information has been supplied to me bc of it. Moreover, spoken._
_On 3-2-21 the warden issued another Extension stating it would_
_be responded to by 4-1-21 by Chief Deputy/Dir/t/Assistant Director_
_I have Not spoken to anyone about VSM21-00054 since Cpl Taylor._
_The 2nd Extension was Not issued by the Chief Deputy/Dir/t/_
_or Assistant Director. This Extension by warden was Not in_
_Compliance w/ the Inmate Grievance Procedure AD 19-20 Bc_
_It was No Longer the Wardens control and Central Office have yet to Respond._

Inmate Signature _[signature]_                    Date _RECEIVED 3-9-21_

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _VARNER UNIT GRIEVANCE_  Date _3-9-21_

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number _4628_   Staff Signature _[signature]_   Date Received

Describe action taken to resolve complaint, including dates: _If an Inmate has not_
_recieved a response the Inmate may proceed to the next level of_
_process._

_APR 05 2021_

Staff Signature _INMATE GRIEVANCES SUPERVISOR_ / _3-11-21_   Inmate Signature & Date Received _3-15-21_

This form was received on _ADMINISTRATION BUILDING_ (date), pursuant to **Step Two**) Is it an Emergency? _No_ (Yes or No).

Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden _RECEIVED_ Date: _3-15-21_

If forwarded, provide name of person receiving this form: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - _APR 05 2021_ - - - - -

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING          ACF-15

www.acicatalog.com

*358*

IGTT410
3GS

Attachment III

INMATE NAME: <u>Cody/Obama, Steven/Ismael D.</u>    ADC #: <u>145160B</u>    GRIEVANCE #: <u>VSM21-00507</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Cody/Obama, Steven/Ismael you stated, "I wrote a grievance on LGBTQ discriminatory comments made by Cpl. Lafayette on 12-29-20. The grievance was dated 12-29-20 and said I'd receive a response by 2-3-21. On 2-3-21 the Warden stated via grievance extension that additional information was needed and would be responded to by 3-2-21 by the Chief Deputy/Director/Assistant Director no information has been supplied ? me b/c no one has spoken to me. On 3-2-21 the Warden issued another extension stating it would be responded to by 4-1-21 by Chief Deputy/Deputy/Assistant Director. I have not spoken to any one about VSM21-00009 since Capt. Taylor. The 2nd extension was not issued by the Chief Deputy/Deputy or Assistant Director. This extension by Warden was not in compliance w/the Inmate Grievance Procedure AD 19-20 b/c it was no ? in Varners control and Central Office have yet to respond."

You received communication regarding VSM21-00009. The allegations were unfounded. If you disagree with the Warden's response you can appeal the decision to the next level rather than filing another grievance. Therefore, I find this issue without merit.

| Signature of Warden/Supervisor or Designee | Warden (Title) | 3/29/21 (Date) |
| --- | --- | --- |

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

Doesn't Answer the nature/Reasons for this Grievance at all When I Why I Grievet this Issue in 1st Place.

RECEIVED
APR 05 2021
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Inmate Signature

ADC#: 145160     3-31-21
                 Date

RECEIVED

APR 0 5 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM21-00507

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 3/9/2021, you stated, "I wrote a grievance on LGBTQ discriminatory comments made by Cpl. Lafayette on 12-29-20. The grievance was dated 12-29-20 and said I'd receive a response by 2-3-21. On 2-3-21 the Warden stated via grievance extension that additional information was needed and would be responded to by 3-2-21 by the Chief Deputy/Director/Assistant Director no information has been supplied ? me b/c no one has spoken to me. On 3-2-21 the Warden issued another extension stating it would be responded to by 4-1-21 by Chief Deputy/Deputy/Assistant Director. I have not spoken to any one about VSM21-00009 since Capt. Taylor. The 2nd extension was not issued by the Chief Deputy/Deputy or Assistant Director. This extension by Warden was not in compliance w/the Inmate Grievance Procedure AD 19-20 b/c it was no ? in Varners control and Central Office have yet to respond."

On 3/29/2021, the warden responded, "You received communication regarding VSM21-00009. The allegations were unfounded. If you disagree with the Warden's response you can appeal the decision to the next level rather than filing another grievance. Therefore, I find this issue without merit."

Your appeal was received on 4/5/2021. After a review of your appeal and supporting documentation, I concur with the Warden's decision. You have appeal your grievance VSM 21-00009, at this level. According to AD 19-34, a decision or rejection of an appeal at this level is the end of the grievance process.

Therefore, I will not address the merit of your appeal.

_____
Director

4-20-21
Date

UNIT LEVEL GRIEVANCE FORM (Attachment I) ____

FOR OFFICE USE ONLY

GRV. # VSM21-00519

Date Received: 3/22/21

GRV. Code #: TOU

Unit/Center ___VSM___

Name ___Steven Wayde Obama___

ADC# __145160__ Brks # __6358__ Job Assignment __O__

__3-11-21__ (Date) STEP ONE: Informal Resolution

3A

__3-16-21__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _This Issue was_
_Investigated by who and when._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ _If yes, circle one: medical or mental_
**BRIEFLY** state your complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _On March 10th 2021 I received_
_notification from office of PREA coordinator dated_
_3-9-21 in regards to an alleged Staff on Inmate sexual_
_harassment investigation._

_I did NOT allege sexual harassment by Staff I clearly_
_Stated that Staff made "LGBTQ sexually insensitive"_
_Statements to me in front of multiple inmates and_
_other staff members._

_I haven't spoken to internal Affairs or Unit warden_
_or Deputy warden at all about the incident yet_
_Unit staff have all tried to get me to drop the_
_grievance Now its been ruled unfounded when multiple_
_people witnessed the incident so Now LEGAL Action will Issue_

Inmate Signature _[signature]_                  Date _3-11-21_

**If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

__[signature]__ RECEIVED 161XS    161XS    __[signature]__    __3-12-21__
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including **dates**: _x- per Capt. Taylor - the incident you_
_are referring to has been investigated and determined to have merit._

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING
Staff Signature & Date Returned _Kennedy 3.16.21_   Inmate Signature & Date Received _3-16-21_
This form was received on _____ (date), pursuant to **Step Two**. Is an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____ Date: _____

------------------------------------------------------------------------

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

*CB5/358*

IGTT410
3GS

Attachment III

INMATE NAME: <u>Cody/Obama, Steven/Ismael D.</u>    ADC #: <u>145160B</u>    GRIEVANCE #: <u>VSM21-00519</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

Inmate Cody/Obama, Steven/Ismael you stated, "On March 10th 2021 I received notification from office of PREA coordinator dated 3-9-21 in regards to an alleged Staff on inmate sexual harrassment investigation. I did not allege sexual harrassment by Staff I clearly stated that Staff made LGBTQ sexually insensitive statements to me infront of multiple inmates and other Staff members. I haven't spoken to Internal Affairs or Unit Warden or Deputy Wardens at all about the incident but Unit Staff have all tried to get me to drop the grievance now its been ruled unfounded when multiple people witnessed the incident so now legal action will ?"

This issue was previously addressed in VSM21-00507. Your allegations were unfounded. Therefore, I find this issue without merit.

RECEIVED
APR 0 5 2021
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Signature of Warden/Supervisor or Designee    Title    3/29/21
                                                              Date

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

It did NOT address my Grievance This Grievance. I know what was found was Clearly written in this Grievance yet was NOT addressed so Legal action will surely follow BLC I have the Necessary Officer statements to verify my claim of LGBTQ Statements Made towards Me.

ADC#: <u>145160</u>    3-31-21

_____
Inmate Signature

Date  3-3/-21

RECEIVED

APR 0 5 2021

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.     ADC #: 145160    GRIEVANCE#:VSM21-00519

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In you grievance dated 3/11/2021, the warden responded, "On March 10th 2021 I received notification from office of PREA coordinator dated 3-9-21 in regards to an alleged Staff on inmate sexual harrassment investigation. I did not allege sexual harrassment by Staff I clearly stated that Staff made LGBTQ sexually insensitive statements to me infront of multiple inmates and other Staff members. I haven't spoken to Internal Affairs or Unit Warden or Deputy Wardens at all about the incident but Unit Staff have all tried to get me to drop the grievance now its been ruled unfounded when multiple people witnessed the incident so now legal action will ?"

On 4/5/2021, the warden responded, "This issue was previously addressed in VSM21-00507. Your allegations were unfounded. Therefore, I find this issue without merit."

Your appeal was received on 4/5/2021. After a review of your appeal and supporting documentation, I find this issue has been addressed In a previous grievance and will not be addressed at this level.

Therefore, will not address the merit of your appeal.

_____
Director

Date  4-20-21



Complaint Page 8

replied "Not to do so b/c he would be having me removed soon." I asked Major Carroll would that be Retaliation and Major Carroll responded "He doesn't know what warden Gibson has going on w/ me but he wants to stay out of it." I knew that I was being Discriminated against and denied a Job b/c Several Inmates who were Clearly assigned and sex Level 3 after me were given Jobs with No Problems. I was Informed by various Sergeants to Leave the Grievances alone or I'd Never get a Job and could Possibly be Removed from Cell Block 2 which Is the STEP DOWN Program cell block.

In Grievance #5 VCM 20-02434 & VCM 20-02434 I Clearly mentioned how I'd be retaliated and things would Play out for using the grievance Procedure.

On 10-15-2020 while Sgt. Dunlap and Cpl. Smith were escorting me a Level 3 STEPDOWN Program Inmate w/o the use of Restraints as Policy States to Doctor call Lt. Brown Stopped us and asked Why was I Not In Restraints, where Sgt. Dunlap Stated I was a Level 3 Inmate which doesn't require the use of Restraints. Lt. Brown then Informed us all that Warden Gibson removed me from the Program on 10-14-2020 w/o Seeing you (obama) for VSM Classification and Placed You back on (Restrictive Housing).

ADC Policy States Prior to an Inmate being Assigned a Status he must appear before the Classification Committee to be given a fair and Impartial hearing. That Did Not take place with me.

On 10-21-2020 I appeared before VSM Classification for WARDEN REVIEW. I asked Warden Gibson why had I been

**COMPLAINT**

Steven/Isma Cody/Obama _____, the above named Claimant, of_____ Post Office Box 600, Grady, AR 71644

(Name)                                                                                        (Street or R.F.D. & No.)          (City)

_____ County of _L/NCOLN_ represented by ___SELF___

( State)  (Zip Code) (Daytime Phone No.)                                              (Legal Counsel, if any, for Claim)

of _____, says:

. (Street and No.)                (City)          (State)    (Zip Code)      (Phone No.)          (Fax No.)

State agency involved: _AR. Dept. of Corrections (ADC.) Varner_ Amount sought: _$ 600_

Month, day, year and place of incident or service: _October 15th 2020 Varner S. Romax_

Explanation: On June 10th 2020 I graduated RESTRICTIVE HOUSING and was placed on the
STEP DOWN Program. On July 6th 2020 Iwas called and escorted to Werden Gibson
office by Major Carroll and Sgt. Lyttle (Dum) about an altercation Sit where the had
now Sant, he was a party of against an outside Asenly. I assumed my he was
NOT and was returned to my cell. On July 15th 2020, August 19th 2020 and Sept.
15th 2020 I was DENIED My Level 3 and Job Assignment by Classification b/c
D/W Shipman stated he couldn't promote me due to Werden Gibson having me
under Investigation. On 9-15-2020 while in the hall way receiving My
mental Health File, I spoke with VSM Grievance Coordinator Ms. Gloria Thonko.
about the Status of me being under Investigation. She advised She would be Sogin
to the werden's office shortly and would ask about It while there. She returned
and Informed Me Werden Gibson Stated Iwesn't under Investigation. I wrote
a Grievance for being denied My Level 3 and Job Assignment for 3 months and
knew that the Administration (Werden Gibson) would RETALIATE against me
for using the Grievance Procedure, which has been a common "Practice" her
at VSM/Varner unit. I mentioned It all In My Grievance several of them
actually. On 10-2-2020 Ispoke with Major Carroll about a Level 3 Job
and he stated he called Werden Gibson about a Job and Werden Gibson.

As part of this complaint, the claimant makes the statements, and answers the following questions, as indicated: (1) Has claim been presented to any state department or officer thereof? _YES_ ; when? _10_ _07_ _2020_ : to whom? _Werden Gibson and Chief Deputy_

(Yes or No)   (Month)  (Day)     (Year)                                                                          (Department)

Director _Reed_ : and that the following action was taken thereon: _Appeal Denied_

and that $ _0_ was paid thereon: (2) Has any third person or corporation an interest in this claim? _0_ ; if so, state name and address

(Name)                                (Street or R.F.D. & No.)          (City)              (State)          (Zip Code)

and that the nature thereof is as follows: _____

_____ : and was acquired on _____ , in the following manner:

THE UNDERSIGNED states on oath that he or she is familiar with the matters and things set forth in the above complaint, and that he or she verily believes

that they are true.

_Steven Cody O'Bama_                                          _(signature)_

(Print Claimant/Representative Name)                      (Signature of Claimant/Representative)

SWORN TO and subscribed before me at _Grady_ , _Ark_

(City)          (State)

(SEAL)                      on this_ 30th _ day of _Dec_ , _2020_

(Date)                      (Month)          (Year)

WILLIE RYAS
NOTARY PUBLIC-STATE OF ARKANSAS
LINCOLN COUNTY
My Commission Expires 10-24-2024
Commission # 12404212

(Notary Public)

My Commission Expires: _10 - 24 - 2024_

(Month)          (Day)          (Year)

Removed from the STEPDOWN program and placed on Restrictive Housing w/o Just cause and he responded he was under the impression that received disciplinaries. He seen that I hadn't and I was still Class 1-C he stated DistShipment and major Carroll could place me back on there either so Choose. I stated that was RETALIATION and he (Gibson) laughed and told me to refrain from Using the "Ink Pen" so much and stuff wouldn't go as this. MY Due process Rights were Violated In this complaint see: Wolf v. McDonnell, 418, U.S. 539 (1974)

On 10-23-2020 Warden Gibson instructed MS. Washington (UnClassification supervisor) to have me moved out of the STEPDOWN program cellblock. I was moved Class 1-C to CB 358 cell which houses Restrictive Housing Inmates.

On 10-30-2020 I received (4) Confiscation forms for alleged mail I sent out and was written (4) Disciplinaries for Incident. I was found Guilty on 11-5-2020 Of all Disciplinaries and went Class 4 and Punitive of 20 days.

All the Merit of the Appeals of my Grievance were responded to only AFTER the Guilty verdict and NOT for the Incident In which the Grievance was even written about. The evidence of Retaliation Is clear and the Gross abuse of power Is evident In this Incident.

By me being Removed on 10-14-2020 I was ruled Ineligible to receive the $150 Holiday Package our families could order for us. I would like to be Compensated for that loss if nothing else since My Class Is gone I'd like to receive $450 for the Retaliation/Abused power. These terms can be Renegotiated at a later date.
Respectfully,
Sgn PH. Obama

ADDITIONAL DOCUMENTS &
DUPLICATES WILL NOT BE
CONSIDERED AS PART OF
YOUR APPEAL

STATE OF ARKANSAS            )
                            ) §
COUNTY OF LINCOLN           )

*Arkansas State Claims Commission*

*JAN 15 2021*

*RECEIVED*

**AFFIDAVIT**

I, Steven Anthony Barnes #145760 , after first being duly sworn, do hereby swear, depose
and state that: On July 6th 2020 I was escorted to warden Gibson office
by Major Carroll / SGT Lythe in regards to a Lawsuit filed
which the warden thought he was being Sued In but I
assured him he wasn't. On July 15th 2020 I was Denied
Level 3 Promotion by Deputy warden Shipman who said I was under
Investigation for Undenialism, on August 19th 2020 I was Denied
for same reason and on Sept. 15th 20 again Denied. I filed
Grievance and warden Gibson responded "I was Not under
Investigative Status and Should Not be Prevented From Level
Promotions." I ask that my Level 3 be Granted w/o any
form of (Retaliation) against me.

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

9-30-2020                        X [signature]
DATE                             AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of

_____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

STATE OF ARKANSAS )
)§
COUNTY OF _Lincoln_ )

ADDITIONAL DOCUMENTS &
DUPLICATES WILL NOT BE
CONSIDERED AS PART OF
YOUR APPEAL

### AFFIDAVIT

I, _Steven Earl Pigman #115/60_, after first being duly sworn, do hereby swear, depose
and state that: _On July 6th 2020 I was called to Warden Gibson one
office escorted by Major Carroll/ Sgt. Lyttle In reguards to
a Lawsuit matter/ Court order. The warden stated he Judge
had no Idea who I was or that I had a Suit In his court and that I Had
had evidence to dispute It submit It to his office which I did with
letter from R.W. court Judge. It's clear that Chief
Justice of Supreme Court of Arkansas accepted
Clark Co, Cir. Judge Blake Batson recusal In case and
appointed Pike Co. Cir. Judge Charles Yeargan to case._

___

I further swear that the statements, matters and things contained herein are true and accurate to

the best of my knowledge, information and belief.

_9-30-2020_
DATE

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, on this _____ day of

_____, 20_____.


_____
NOTARY PUBLIC

My Commission Expires: _____

## STATEMENT OF WITNESS

Name _Steven Cody Shamer_ Rank/Status/Number _145160_ Unit _RM_

STATEMENT: I sent notice to Secretary Graves, Director Payne, Chief Deputy Reed and ADC Compliance Auditor Division about Warden Gibsons efforts to RETALIATE against me for grievances & their refusal of Level 3 status on STEPDOWN Program for me and on 10-2-20 when Major Carroll informed me that he tried to give me a Level 3 Job but was told by Warden Gibson not to do so b/c he (Gibson) was about to have me Removed. On 10-14-20 I was REMOVED w/o being seen by Classification, w/o receiving a disciplinary or any kind of Refusal or Notification which is a violation of MY Due Process. When I grieved that issue I was told to Stop writing grievances by Warden Gibson and he'd have D/W Shipman and Major Carroll place me back on STEPDOWN level 3 status. I grieve the statement and it was told to me on 10-21-20 by Gibson. On 10-30-20 I received (4) Confiscation forms by Warden Gibson for alleged legal mail when was returned to facility and opened outside of my presence which is another violation of Due Process and ADC Policy.

*********************** End of Statement ***********************

I make this statement freely, under no duress, and without undue coercion exerted against me by any correctional officer or official of the Arkansas Department of Correction.

_____          _10-31-20_
Signature                                Date

_____
Witness/Statement Taken By

**ARKANSAS DEPARTMENT OF CORRECTION**

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)    SEP 15

Unit/Center ___VSM___

| | FOR OFFICE USE ONLY |
|---|---|
| | GRV. # NSM20-02380 |
| | Date Received: 09/22/2020 |
| | GRV. Code #: 203 |

Name ___Steven Cody-Obama___

ADC# 145160   Brks # CB229   Job Assignment ___Level 2___
STEP DOWN

9-15-20 (Date) STEP ONE: Informal Resolution

9-17-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __In writing this alleged Investigation NOT a Job Assignment.__

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ _If yes, circle one: medical or mental_

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On July 13th 2020 Major Carroll and Sgt. Little escorted me to Warden Gibson office In regards to a Lawsuit I have with a County (Pike). I provided the Warden w/ the letter and Order from the Judge. On July 15th 2020 I went to Classification for a Job and was DENIED due to an alleged Investigation by Warden Gibson. On August 8th 2020 I was seen for Level 3 and Job but was DENIED again for the SAME alleged Investigation. On September 15th 2020 I was seen again for Level 3 and Job Promotion but was DENIED again for SAME Investigation. I have NOT been served any Investigation extension or Disciplinary to this date and Sgt. Franklin and Classification has advised me numerous times they do NOT see anything on me in eomis. D/W Shipman stated today 9-15-20 he'd set w/ Warden Gibson and if no Disciplinary he will reschedule me for level 3 and Job Promotion PLEASE do so

Inmate Signature _(signed)_    Date 9-15-2020

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER) ___Munly___   ID Number ___46180___   Staff Signature ___(signed)___   Date Received 9.15.20

Describe action taken to resolve complaint, including dates: Per AD 14-16 Job Assignments are non-grievable unless in conflict with medical restrictions.

_____

RECEIVED SEP 22 2020

Staff Signature & Date Returned ___Munly  9.17.2020___   Inmate Signature & Date Received 9-17-20

This form was received on 9-17-90 (date), pursuant to Step Two. Is it an Emergency? NO (Yes or No). Staff Who Received Step Two Grievance: Sgt. J.W. Hanna   Date: 9/17/2020

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 7-17-20

If forwarded, provide name of person receiving this form: _____ Date: _____

VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

ADC Arkansas - eOMIS Production 06261 Prod    002 | 29

IGTT410
3GS

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160B    GRIEVANCE #: VSM20-02380

## WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On July 6th 2020 Major Carroll and Sgt. Lytle escorted me to Warden Gibson Office in regards to a lawsuit I have with a county (Pike). I provided the Warden w/ the letter and order from the judge. On July 15th 2020 I went to classification for a job and was denied again for the same alleged investigation. On September 15th 2020 I was seen again for level 3 and job promotion but was denied again for same investigation. I have not been served any investigation extensions or disciplinary to this date and Sgt. Franklin and classification has advised me numerous times they do not see anything in Eomis. D/W Shipman stated today 9-15-20 he'd get w/ Warden Gibson and if no disciplinary he will reschedule me for level..."

Your actions are being investigated, but you are not on any investigative status that would hinder your level promotions. Once the investigation is completed, you will be notified of the findings. Therefore, I find this issue without merit.

_____    _____    9/28/20
Signature of Warden/Supervisor or Designee    Title    Date

## INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

What actions are we alluding to are being Investigated and by WHO? I have a Right to Know who IS conducting an Investigation Into me and why.

_____    ADC#: 145160    9-30-20
Inmate Signature    Date

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02380

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 9/15/2020, you stated, "On July 6th 2020 Major Carroll and Sgt. Lytle escorted me to Warden Gibson Office in regards to a lawsuit I have with a county (Pike). I provided the Warden w/ the letter and order from the judge. On July 15th 2020 I went to classification for a job and was denied again for the same alleged investigation. On September 15th 2020 I was seen again for level 3 and job promotion but was denied again for same investigation. I have not been served any investigation extensions or disciplinary to this date and Sgt. Franklin and classification has advised me numerous times they do not see anything in Eomis. D/W Shipman stated today 9-15-20 he'd get w/ Warden Gibson and if no disciplinary he will reschedule me for level." (End of allotted space)

On 9/28/2020, the warden responded, "Your actions are being investigated, but you are not on any investigative status that would hinder your level promotions. Once the investigation is completed, you will be notified of the findings. Therefore, I find this issue without merit."

Your appeal was received on 10/5/2020. After a review of your appeal and supporting documentation, I find that you appeared before the Classification Committee on 9/30/2020. You received your Level 3 promotion at that time. I find this matter resolved at the unit level. Therefore, I find no merit in your appeal.

Appeal denied.

_____    10-22-20
Director                   Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center ___VSM___        OCT 2 1 2020

| FOR OFFICE USE ONLY | W/C |
|---|---|

Name ___S. Conyo__ M___        INMATE GRIEVANCES SUPERVISOR

GRV. # __VSM29-02424__    2/A

ADMINISTRATION BUILDING    Date Received: __09/28/2020__

ADC# __145160__   Brks# __B0229__  Job Assignment __Step Down__    GRV. Code #: __2-11__

level 2

__9-21-20__ (Date) STEP ONE: Informal Resolution

__9-24-20__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: __Wrote answer__
___w/ step response___

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

_Is this Grievance concerning Medical or Mental Health Services?_ __NO__ If yes, circle one: medical or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On Thursday 9-17-20 I spoke with Corporal Officer Ms. Glynn Thompson about me being under INVESTIGATION by the warden and she advised she ask him since she was headed to his office anyway. I explained to her that I constantly been REFUSED my level 3 since July 6th 2020 when I spoke w/ him personally at his office. On 7-15-20 I was Denied level 3 at cass. review b/c of an alleged INVESTIGATION. On 8-19-20 and 9-15-20 I have been DENIED for same reason. Nobody sees an Investigation I'm allegedly under by ADC policy yet I'm constantly being told by Lt. Brown and Major Carroll that I am. Ms. Thompson returned and advised some that per Warden Gibson "Inmate Obama #145160 is NOT under any INVESTIGATION." and I informed Major Carroll (Jamis) who was advised hed check into it but Mr. Ali. I don't want any Retaliation for me writing this Grievance like I am having

Inmate Signature __Obama__    Date __9-21-20__    1st written Issue

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on __9/21/20__ (date), and determined to be **Step One** and/or an Emergency Grievance
__NO__ (Yes or No). This form was forwarded to medical or mental health? __NO__ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

__Roosevelt Jones__    __113170__    __Sgt R Jones__    __9/21/20__
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received

Describe action taken to resolve complaint, including **dates**: __Couldn't get a answer__

_____

__Sgt Jones   9-24-20__    ___Obama Om 9-24-20___
Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on __9/24/20__ (date), pursuant to **Step Two**. Is it an Emergency? __NO__ (Yes or No).
Staff Who Received Step Two Grievance: __Sgt R Jones__    Date: __9/24/20__
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: __9/24/20__
If forwarded, provide name of person receiving this form: _____    Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT410                                                                                    Attachment III
3GS

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160B    GRIEVANCE #: VSM20-02424

## WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On Thursday 9-17-20 I spoke with grievance officer Ms. Gloria Thompson about me being under investigation by the Warden and she advised she ask him since she was headed to his office anyway. I explained to her that I constantly been refused my level 3 since July 6th 2020 when I spoke w/ him personally at his office. On 7-15-20 I was denied level 3 at classification b/c of an alleged investigation. On 8-19-20 and on 9-15-20 I have been denied for same reasons. No one sees an investigation Im allegedly under by ADC policy yet Im constantly being told by Lt. Brown and Major Carroll that I am. Ms. Thompson returned and advised to me that per Warden Gibson "Inmate Obama #145160 is not under any investigation." And I informed Major Carroll (10 mins) later who advised he'd check into it but no avail. I don't want any..."

This issue was addressed in grievance VSM20-02380. Your actions are being investigated, but the investigation is not hindering your level progressions. Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee    RECEIVED    OCT 2 1 2020    Title _Warden_    Date 9/30/20

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

_I was not on Investigation So I Don't know why I haven't gotten my Job yet._

Inmate Signature    ADC#: 145160    Date 10-2-20

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02424

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 9/21/2020, you stated, "On Thursday 9-17-20 I spoke with grievance officer Ms. Gloria Thompson about me being under investigation by the Warden and she advised she ask him since she was headed to his office anyway. I explained to her that I constantly been refused my level 3 since July 6th 2020 when I spoke w/ him personally at his office. On 7-15-20 I was denied level 3 at classification b/c of an alleged investigation. On 8-19-20 and on 9-15-20 I have been denied for same reasons. No one sees an investigation Im allegedly under by ADC policy yet Im constantly being told by Lt. Brown and Major Carroll that I am. Ms. Thompson returned and advised to me that per Warden Gibson "Inmate Obama #145160 is not under any investigation." And I informed Major Carroll (10 mins) later who advised he'd check into it but no avail. I don't want any." (End of allotted space)

On 9/30/2020, the warden responded, "This issue was addressed in grievance VSM20-02380. Your actions are being investigated, but the investigation is not hindering your level progressions. Therefore, I find this issue without merit."

Your appeal was received on 10/21/2020. After a review of your appeal and supporting documentation, I find that this issue was addressed in grievance #VSM20-02380, and will not be addressed again at this level.

Therefore, I will not address the merit of your appeal.

_____    11-9-20
Director    Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

| FOR OFFICE USE ONLY | |
|---|---|
| GRV. # | VSM20-02434 |
| Date Received: | 09/29/2020 |
| GRV. Code #: | 209 |

Y/C
2/A

**Unit/Center** [illegible]

**Name** [illegible]

**ADC#** [illegible] **Brks #** [illegible] **Job Assignment** [illegible]

[illegible] (Date) STEP ONE: Informal Resolution [illegible]

9-28-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: Never got Step 1 Grievance back

_______, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: ____________

*Is this Grievance concerning Medical or Mental Health Services?* No *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the **date**, place, name of personnel involved and how **you** were affected. (Please Print): [illegible] ADC [illegible] AD[illegible]-03. The ADC [illegible] federal [illegible] program [illegible] July 10th 2020 [illegible] transferred or fired. [illegible] policy [illegible] Level 3 [illegible] Level 3 [illegible] no [illegible] retaliated [illegible] professed [illegible] not [illegible] related to me. I've been denied Level 3 on July 15, 2020, August 19th 2020 and Sept. 15th 2020 for no [illegible] reason and I'd like issue [illegible]

Inmate Signature [illegible] Date 9-22-20

***If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 9/23/20 (date), and determined to be Step One and/or an Emergency Grievance N (Yes or No). This form was forwarded to medical or mental health? N (Yes or No). If yes, name of the person in that department receiving this form: ____________ Date ______

Sgt. Jones ______ [signature] 9/23/2020

PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including dates: ____________

RECEIVED
OCT 21 2020
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

RECEIVED
SEP 29 2020
VARNER UNIT GRIEVANCE

Staff Signature & Date Returned Inmate Signature & Date Received [signature] 9-28-20

This form was received on 9-28-20 (date), pursuant to Step Two. Is it an Emergency? NO (Yes or No).

Staff Who Received Step Two Grievance: ____________ Date: ______

Action Taken: ⟶ (Forwarded to Grievance Officer/Warden/Other) Date: 9-28-20

If forwarded, provide name of person receiving this form: ____________ Date: ______

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

IGTT410
3GS

Attachment III

**INMATE NAME:** Cody/Obama, Steven/Ismael D.　　　**ADC #:** 145160B　　**GRIEVANCE #:** VSM20-02434

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "I have been on the Step Down Program pursuant to ADC policy AD17-03. The ADC unit (Varner Supermax) receives federal funding for the program to be ran successfully. I have been on program since June 10th 2020 and have yet to attend any class (in-person) or (tablet instruction) as outlined per policy yet they (Varner staff) make the inmates who have jobs work (slave) like jobs until they are transferred or fired. I have not received a job by policy and should be level 3 but am constantly denied the level 3 status for no apparent reason. I will probably be retaliated against after this grievance is processed for something stupid or no apparent reason. These are not allegations but specific facts related to me. I've been denied level 3 on July 15, 2020, August 19th 2020 and Sept. 15th 2020 for no apparent reason and I'd like issue resolved or rectified"

The purpose of the inmate grievance procedure is to solve complaint problems that may have merit. It is not meant to be used to make incoherent statements, pose questions, or make suggestions. If you have a specific incident that can be proved, you may submit it for review. You are simply making vague and broad allegations concerning the Step-Down Program.

Your level progression was already addressed in grievance VSM20-02380. Therefore, I find this issue without merit.

RECEIVED

OCT 2 1 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Signature of Warden/Supervisor or Designee　　　　Title　　　　　　　　Date 10/1/20

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

I wasn't grieving my Level 3 I was grieving the Program not being conducted by Policy at all. I didn't want to be retaliated against but was told by warden by major (Carroll) I'd be removed which is clearly retaliation.

**ADC#:** 145160　　　　Date 10-2-20

Inmate Signature

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.     ADC #: 145160     GRIEVANCE#:VSM20-02434

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 9/22/2020, you stated, "I have been on the Step Down Program pursuant to ADC policy AD17-03. The ADC unit (Varner Supermax) receives federal funding for the program to be ran successfully. I have been on program since June 10th 2020 and have yet to attend any class (in-person) or (tablet instruction) as outlined per policy yet they (Varner staff) make the inmates who have jobs work (slave) like jobs until they are transferred or fired. I have not received a job by policy and should be level 3 but am constantly denied the level 3 status for no apparent reason. I will probably be retaliated against after this grievance is processed for something stupid or no apparent reason. These are not allegations but specific facts related to me. I've been denied level 3 on July 15, 2020, August 19th 2020 and Sept. 15th 2020 for no apparent reason and I'd like issue resolved or rectified."

On 10/1/2020, the warden responded, "The purpose of the inmate grievance procedure is to solve complaint problems that may have merit. It is not meant to be used to make incoherent statements, pose questions, or make suggestions. If you have a specific incident that can be proved, you may submit it for review. You are simply making vague and broad allegations concerning the Step-Down Program. Your level progression was already addressed in grievance VSM20-02380. Therefore, I find this issue without merit."

Your appeal was received on 10/21/2020. After a review of your appeal and supporting documentation, I find that on 9/30/2020, you appeared before the Classification Committee you were assigned to a Level III Program and were not assigned a job at that time. Due to you being assigned to Restrictive Housing you are not eligible for a job. Once you are released to a population barrack you will then be considered for a job. Therefore, I find no merit in your appeal.

Appeal Denied.

_____
Director

11-9-20
Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____ V S M U _____

Name _____ Joel Culotta _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM20-02382 |
| Date Received: 09/22/2020 |
| GRV. Code #: 209 |

ADC# 145/00  Brks # P-229  Job Assignment Sawmill

9-15-20 (Date) STEP ONE: Informal Resolution _____ No. 212

9-9-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _____ Nvr got step 1 back

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* N *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): This is a private citizens the Step Down Program which Isn't being Conducted Per ADC Policy AD19-03. The Ark Dept. of Corrections Varner Unit receives federal funding for the Program and Is to offer (Rehabilitation) Services which it is NOT. I will probably be (retaliated against) in some form after I submit this grievance. We are NOT going to class room for any class as stated in policy. We do NOT take tablets for work assigned to inmate. We do NOT evaluate the Step Down removal. We are being used for CED to do slave like labor and we work for free until we are fired. We don't evaluate so much. If you say anything the staff don't like we are written up & sent to the hole. Any inmate on program can have All will say something they will send us to the hole if you have any threats. This should be addressed.

Inmate Signature _____  Date 9-15-2020

***If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on 9/14 (date), and determined to be **Step One** and/or an Emergency Grievance N (Yes or No). This form was forwarded to medical or mental health? N (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____
Sr. Jose _____  Sgt. Tuck _____  9/16/20
PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature   Date Received
Describe action taken to resolve complaint, including dates: _____
_____
_____ OCT 05 2020 _____

RECEIVED

Staff Signature & Date Returned _____  Inmate Signature & Date Received 9-17-20
This form was received on 9-9-20 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: _____  Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: 9-17-20
If forwarded, provide name of person receiving this form: _____  Date: _____
VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15                                                www.acicatalog.com

IGTT410
3GS

Attachment III

INMATE NAME: Cody/Obama, Steven/Ismael D.     ADC #: 145160B     GRIEVANCE #: VSM20-02382

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "This is grievance addressing the step-down program which isn't being conducted per ADC policy AD 17-03. The AR. Dept. of Corrections Varner Unit receives federal funding for the program and is to offer (rehabilitative) services but it is not. I will probably be (retaliated) against in some form after I submit this grievance. We are not coming to tables in cell block for groups/classes as stated in policy. We do not have tablets for work assignments/classes. We do not graduate the step-down program. Also we are forced to do slave like labor and we work jobs until forced to do slave like labor and we work jobs until we are fired. We don't graduate so when/if you say anything the staff don't like you are written a disciplinary and fired only to restart regardless of level. Ask any inmate on program and they all will say same thing. They assign who they want jobs even if you were previously fired. This shall be rectified."

The purpose of the inmate grievance procedure is to solve complaint problems that may have merit. It is not meant to be used to make incoherent statements, pose questions, or make suggestions. If you have a specific incident that can be proved, you may submit it for review. You are simply making vague and broad allegations concerning the Step-Down Program. Therefore, I find this issue without merit.

| | | |
|---|---|---|
| Signature of Warden/Supervisor or Designee | Warden — Title | 9/25/20 — Date |

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

These are NOT Broad Allegations but facts about whats being done at the Varner unit. Central Office Needs to Address Bue

ADC#: 145160

9-26-20
Date

Inmate Signature

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.     ADC #: 145160     GRIEVANCE#:VSM20-02382

## CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 9/16/2020, you stated, "This is grievance addressing the step-down program which isn't being conducted per ADC policy AD 17-03. The AR. Dept. of Corrections Varner Unit receives federal funding for the program and is to offer (rehabilitative) services but it is not. I will probably be (retaliated) against in some form after I submit this grievance. We are not coming to tables in cell block for groups/classes as stated in policy. We do not have tablets for work assignments/classes. We do not graduate the step-down program. Also we are forced to do slave like labor and we work jobs until forced to do slave like labor and we work jobs until we are fired. We don't graduate so when/if you say anything the staff don't like you are written a disciplinary and fired only to restart regardless of level. Ask any inmate on program and they all will say same thing. They assign who they want jobs even if you were previously fired. This shall be rectified."

On 9/25/2020, the warden responded, "The purpose of the inmate grievance procedure is to solve complaint problems that may have merit. It is not meant to be used to make incoherent statements, pose questions, or make suggestions. If you have a specific incident that can be proved, you may submit it for review. You are simply making vague and broad allegations concerning the Step-Down Program. Therefore, I find this issue without merit."

Your appeal was received on 10/5/2020. After a review of your appeal and supporting documentation, I concur with the Warden's decision; therefore, I find no merit in your appeal.

Appeal denied.


_____          10-22-20
Director                                                Date

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.     ADC #: 145160     GRIEVANCE#:VSM20-02688

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 10/20/2020, you stated, "On June 10th 2020 I graduated from restrictive housing to the step down program. I successfully worked the step down program to the best of my ability and remained disciplinary free. I finally obtained level 3 status on 9-30-20 after unsuccessfully attempting it a month earlier but was denied. On 10-2-20 after VSM Major Carroll tried to give me a level 3 job told Warden Gibson he was denied and told not to do so b/c he's gonna have me removed. I asked was that in retaliation of me grieving my level 3 and he responded I don't know what Warden Gibson has going on w/ you. I am Class I-C and disciplinary free I have no reason to be placed on "restrictive housing" when I have done nothing to warrant such action and haven't been seen by committee on 10-14-20 when move was done."

On 10/29/2020, the warden responded, "Your job assignment and allegations of retaliation were previously addressed in grievance VSM20-02539. You were reviewed by the Classification Committee on October 21, 2020. Therefore, I find this issue without merit."

Your appeal was received on 11/10/2020. After a review of your appeal and supporting documentation, I find that you were assigned to restrictive housing due to your behavior. While being housed in restrictive housing, you progressed to Level III in the Step Down Program. However, you were not assigned a job at the time of your Level III assignment. Since being assigned Level III you were found guilty of rule violations, which caused you to lose your IC status. I find no evidence to prove your allegation of retaliation by being assigned to restrictive housing. Therefore, I find no merit in your appeal.

Appeal Denied.

_____
Director

_12-11-20_
Date

IGTT410
3GS

Attachment III

INMATE NAME: <u>Cody/Obama, Steven/Ismael D.</u>    ADC #: <u>145160B</u>    GRIEVANCE #: <u>VSM20-02688</u>

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On June 10th 2020 I graduated from restrictive housing to the step down program. I successfully worked the step down program to the best of my ability and remained disciplinary free. I finally obtained level 3 status on 9-30-20 after unsuccessfully attempting it a month earlier but was denied. On 10-2-20 after VSM Major Carroll tried to give me a level 3 job told Warden Gibson he was denied and told not to do so b/c he's gonna have me removed. I asked was that in retaliation of me grieving my level 3 and he responded I don't know what Warden Gibson has going on w/ you. I am Class I-C and disciplinary free I have no reason to be placed on "restrictive housing" when I have done nothing to warrant such action and haven't been seen by committee on 10-14-20 when move was done."

Your job assignment and allegations of retaliation were previously addressed in grievance VSM20-02539. You were reviewed by the Classification Committee on October 21, 2020. Therefore, I find this issue without merit.

Signature of Warden/Supervisor or Designee

**RECEVED**

NOV 1 0 2020

Title    W Cech

Date 10/28/20

**INMATE GRIEVANCES SUPERVISOR**
**ADMINISTRATION BUILDING**

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

My Job Assignment and Retaliation Statements were NOT addressed by Grievance# VSM 20-02539 b/c that Grievance was dated 10-2-20. I had NOT yet been Removed and retaliation hadn't happened until 10-14-20 see Grievance# VSM20-02687. I said what would happen based on what Major carroll told me and I have staff statements who were Present. Now I've been written 4 disciplinaries by warden Gibson for these Grievances. This Grievance should be addressed Again.

ADC#: 145160    Date 10-31-20

Inmate Signature

On 10-21-20 It was Warden review were Placement on Restrictive Housing wasn't discussed b/c I'd already be Placed on 10-14-20 w/o seeing the committee or notification which is violation of Due Process. Warden Gibson told me he'd leave it D/W Stephen and Major Carroll to Place me back on at level 3 [...]

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

Unit/Center _____

Name _____

ADC# 145160    Brks # B272    Job Assignment _____

FOR OFFICE USE ONLY

GRV. # VSM20-02000

Date Received: 10/21/2020

GRV. Code #: 209

10-20-20 (Date) STEP ONE: Informal Resolution

10-26-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I haven't received_
_____, _Step back yet_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services? (N) If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, and name of personnel involved and how **you** were affected. (Please Print): On June 10th 2020 I graduated and resituated/assign to the STEPDOWN program. I successfully worked the STEPDOWN program to the best of my ability but I developed Discipinard tkEE. It fully obtained Level 3 Starus in 9-2020 after successfully attending 9 month counci culture IXvieD. On 10-2-20 after VSM Mafor Review I'm to give me a Level 3 sck slip warden Gibson he was DENIED can I ask... and Asst 4205-0 I/C has seen my DD LIC removeD. I asked why that I I/I retaliation of me being my key is or my is responed. I had to talk to my Absor has said all w/ You I am Class I-C I believe I am FREE. I have No keyse to me place in on Restriction housing can I be willing to correct such thing I haven't be on seg w/commattee n 10-1-20 ... I am still be

Inmate Signature _____    Date 10-2-20

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***
**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____    Date _____

RECEIVED

PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received
Describe action taken to resolve complaint, including dates: NOV 10 2020 _____

RECEIVED

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned    Inmate Signature & Date Received 10-26-20
This form was received on 10-26-20 (date), pursuant to **Step Two.** Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _____    Date: _____
Action Taken UNIT GRIEVANCE _____ (Forwarded to Grievance Officer/Warden/Other) Date: 10-26-20
If forwarded, provide name of person receiving this form: _____    Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15    www.aclcatalog.com

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02590

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

In your grievance dated 10/7/2020, you stated, "On 9-30-20 I was finally granted level 3 status on step down program as policy AD17-03 stipulates. I had to grieve to get the level but received no job. On 10-7-20 several inmates who came to classification received jobs over me. I asked Lt. Brown again about asking D/W Shipman about a job and he advised per D/W Shipman "no job". I am being retaliated against by the administration b/c I haven't done anything to be discriminated against or deprived a job. I want to be afforded me some opportunities as other inmate who are assigned to (step down level 3) w/o fear of retaliation. Please rectify this issue. I simply want to work, come out my cell and actively engage in assignments as others do which is allowed by ADC policy but am unable due to the discrimination Im subject toas a form of retaliation by VSM-management."

On 10/15/2020, your grievance was rejected as being a duplicate of VSM20-02539.

Your appeal was received on 10/26/2020. After a review of your appeal and supporting documentation, I find that you have addressed your job assignment in a previous grievance, this matter will not be addressed again at the level.

Therefore, I will not address the merit of your appeal.

Director _____    Date _11-23-20_____

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center ___VSM___

Name ___Djibril aly Obana___

ADC# _145160_    Brks # _CB209_    Job Assignment _Step Down_

_= 12.93_

<table>
<tr><td>FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. # VSM20-02590</td></tr>
<tr><td>Date Received: 10|15|2020</td></tr>
<tr><td>GRV. Code #: 202</td></tr>
</table>

_10-7-20_ (Date)  STEP ONE:  Informal Resolution

_10-7-20_ (Date)  STEP TWO:  Formal Grievance (All complaints/concerns should first be handled informally.)
    If the issue was not resolved during Step One, state why: I am greiving the Retaliation
of effect of Denying me a Job.

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature).  If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt.  In an Emergency, state why: _____

_____

_Is this Grievance concerning Medical or Mental Health Services?_ N() _If yes, circle one:  medical or mental_
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected.  (Please Print): On 9-30-20 Justwin (name) to fill 3 slots
of STEPDOWN program at Varner ADM-OR Shields. I would be one of the 1 last
the level but reason of NO JOB. On 10-7-20 Several inmates
who came to classification received Jobs over me, I asked
Lt. Brown again about asking D/W Shipman about a Job
and he advised for D/W Shipman "NO JOB"
I am being RETALIATED against by the Administration b/c
I haven't done anything to be discriminated against of deprived
a Job. I want to be afforded the same opportunities as
other Inmates who are Assigned to (STEPDOWN Level 3)
who fear of Retaliation. Please Roctify this Issue
I simply want to work, and put my cell and actively engage
in Assignments or ob as which is Allowed by ADC Policy
but am unable to to the DISCRIMINATION + I'm Subjected
to as a form of Retaliation by VSM- Management.

Inmate Signature _____    Date _10-7-20_

_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No).  This form was forwarded to medical or mental health? _____ (Yes or No).  If yes, name
of the person in that department receiving this form: _____ Date _____

_____    _____    _____    _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number    Staff Signature    Date Received

Describe action taken to resolve complaint, including **dates**:

RECEIVED
OCT 2 6 2020
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned    Inmate Signature & Date Received

This form was received on _10-7-20_ (date), pursuant to **Step Two**.  Is it an Emergency?  N (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _10-7-20_
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   Cody/Obama, Steven/Ismael D.     ADC #:   145160B
FROM:   Thrower, Caitlin S              TITLE:   ADC Inmate Grievance Coord
DATE:   10/15/2020                   GRIEVANCE #:   VSM20-02590

Please be advised, I have received your Grievance dated 10/07/2020 on 10/15/2020 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

C. Thrower

---
Signature of ADC Inmate Grievance Coord

# CHECK ONE OF THE FOLLOWING

- ◌ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ◌ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ◌ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ◌ This Grievance has been determined to be an emergency situation, as you so indicated.

- ◌ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ◉ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of VSM20-02539 , or was frivolous or vexatious.

# INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

RECEIVED

OCT 2 6 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING
ADC#: 145160

10-16-20
Date

---
Inmate Signature

_I only Grieved No Job/ Retaliation in Grievance._
_Not the Same as VSM20-02539_

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02539

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance 10/2/2020, you stated, "On 10-2-20 at approx. 5:20pm VSM Major Brandon Carroll advised me he asked the warden if he could give me a job now that I am in fact Level 3 and the warden responded "Theres no need b/c I'll have him removed from the Step Down Program altogether." I previously stated in grievance #'s VSM20-02434 and VSM20-02424 that I'd be retaliated against for filing them grievances about not receiving Level 3. Now its clear that I will be retaliated against by the warden of Varner Unit for me using the grievance procedure to seek redress in regards to my Level 3 and a job. Let me be clear I am grieving not receiving a job as policy states for Step Down Program and for possible being removed from program as a former retaliation per Major Carrol." (End of allotted space)

On 10/23/2020, the warden responded, "Major Carroll denied your allegations of retaliation. AD 17-03 states job assignments for the Step-Down Program are assigned and recommended by the Unit Classification Committee and approved by the Warden. The Classification Committee agreed not to assign you a job when you progressed to Level 3 at your review on September 30. Anticipated events are non-grievable issues per AD 19-34. Therefore, I find this issue without merit.

Your appeal was received on 11/4/2020. After a review of your appeal and supporting documentation, I concur with Warden's decision; therefore, I find no merit in your appeal.

Appeal Denied.

_____    12-2-20
Director                                       Date

IGTT410
3GS

Attachment III

INMATE NAME: Cody/Obama, Steven/Ismael D.   ADC #: 145160B   GRIEVANCE #: VSM20-02539

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On 10-2-20 at approx. 5:20pm VSM Major Brandon Carroll advised me he asked the warden if he could give me a job now that I am in fact Level 3 and the warden responded "Theres no need b/c I'll have him removed from the Step Down Program altogether." I previously stated in grievance #'s VSM20-02434 and VSM20-02424 that I'd be retaliated against for filing them grievances about not receiving Level 3. Now its clear that I will be retaliated against by the warden of Varner Unit for me using the grievance procedure to seek redress in regards to my Level 3 and a job. Let me be clear I am grieving not receiving a job as policy states for Step Down Program and for possible being removed from program as a former retaliation per Major Carrol..."

Major Carroll denied your allegations of retaliation. AD 17-03 states job assignments for the Step-Down Program are assigned and recommended by the Unit Classification Committee and approved by the Warden. The Classification Committee agreed not to assign you a job when you progressed to Level 3 at your review on September 30.

Anticipated events are non-grievable issues per AD 19-34.

Therefore, I find this issue without merit.

**RECEIVED**

**NOV 04 2020**

**INMATE GRIEVANCES SUPERVISOR**
**ADMINISTRATION BUILDING**

Signature of Warden/Supervisor or Designee   Date  10/23/20

### INMATE'S APPEAL

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

The anticipated event I described as a form of ME being Retaliated against IS Clearly evident now b/c I was Removed from the StepDown Program for NO apparent reason other than Retalin b/c I was level 3 then now Restrictive Housing... How IS that Possible w/o DiSciplinary actions or other Infractions. Now I'M Deprived of Tablets UsAge, Holiday Package, etc functions afforded to STEPDOWN Program.

ADC#: 145160   Date 10-27-20

Inmate Signature

**UNIT LEVEL GRIEVANCE FORM**(Attachment I)

Unit/Center _____ ᵒⁿ N I

Name _____ Sᴾₐₙₒₗᵧ Cᵇᵣᵥ

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM20-02539 |
| Date Received: 10/08/2020 |
| GRV. Code #: 209 |

ADC# 145160   Brks #B229 Job Assignment STEP PRGM

10-2-20 (Date) STEP ONE: Informal Resolution        Level 3

10-5-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)

If the issue was not resolved during Step One, state why: _Never got Step 1 Grievance back yet._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _NO_ *If yes, circle one:  medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print) _On 10-2-20 at ±WOOX Sergeant ISM Officer Brenda Carroll advised to that I've asked the ward on step the G that said give me a Job, asking that I am in fact, Level 3 on the written Hospital there's no need but I have not moved from the step down I-V program altogether. I previously stated in Grie RMP #'s VSM 20-02434 VSM20-02424 that I am to be retaliated against for being transferred about not receiving Level 3. Now I'm scared that I will be retaliated against by the warden or others for me using the grievance procedure to get redress in regard to my Level 3. I am scared I will receive NOT recurring Jobs fairly advised for step down program and for possibly being denied on those for actual retaliation for using grievance continually_

Inmate Signature _____        Date _10-2-20_

**If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _10-02-20_ (date), and determined to be Step One and/or an Emergency Grievance _N_ (Yes or No). This form was forwarded to medical or mental health? _N_ (Yes or No). If yes, name of the person in that department receiving this form: _____     Date _____

PRINT STAFF NAME (PROBLEM SOLVER)  _4678 0_    RECEIVED Signature _____   Date Received _10-2-20_
                                    ID Number

Describe action taken to resolve complaint, including dates: _____

NOV 0 4 2020

_RECEIVED_        INMATE GRIEVANCES SUPERVISOR _____   _10-5-20_
Staff Signature & Date Returned  ADMINISTRATION BUILDING  Inmate Signature & Date Received

This form was received on _10-5-20_ (date), pursuant to Step Two. Is it an Emergency? _N_ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____

Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _10-5-20_

If forwarded, provide name of person receiving this form: _____   Date: _____
WARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15       www.acicatalog.com

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02574

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 10/7/2020, you stated "This matter has not been addressed. I am grieving the discrimination and denial of a job for level 3 inmates. Pursuant to AD 17-03 all inmates shall receive a job once level 3. Per AR 225 and AD 17-03 inmates who utilize the grievance procedure should not be discriminated against for using said procedure but its clear that I am denied my job for using this grievance and will be retaliated against further. Its sad I have to use grievances in order to get level 3 which I got and now have to use to get a job which is guaranteed by the policy. Lt. Brown states D/W Shipman denied me a job which clearly goes against the policy b/c I have done nothing to warrant such actions."

On 10/14/2020, your grievance was rejected as a duplicate of VSM20-02539.

Your appeal was received on 10/26/2020. After a review of your appeal and supporting documentation, I find that you are Class IV, after receiving four disciplinaries. You are not eligible for a job at this time. I find no evidence to support that you are being discriminated against. Therefore, I find no merit in your appeal.

Appeal Denied.

_____    _11-23-20_____
Director                            Date

Rejected as dup code of ___

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)
Unit/Center _____

Name _____

ADC# 14*/103  Brks # _____ Job Assignment _Step Down Level 3_

<table>
<tr><td colspan="2">FOR OFFICE USE ONLY</td></tr>
<tr><td>GRV. #</td><td>VSM20-02574</td></tr>
<tr><td>Date Received:</td><td>10/14/2020</td></tr>
<tr><td>GRV. Code #:</td><td>202</td></tr>
</table>

10-7-20 (Date) STEP ONE: Informal Resolution

10-12-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _Never got Step 1_
_back from Sgt. Perkins_

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* N *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): _The matter has ADC been holding the discrimination and denial of a job for Level 3 Inmates. Pursuant to AD17-03 an inmate shall receive a job ..._

_____

Inmate Signature _____     Date 10-7-20

**_If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee._**

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**
This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form _____ Date _____

PRINT STAFF NAME (PROBLEM SOLVER)   ID Number   Staff Signature      Date Received
Describe action taken to resolve complaint, including **dates**:

RECEIVED
OCT 26 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned      Inmate Signature & Date Received 10-12-20
This form was received on 10-12-20 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: RECEIVED GRIEVANCE _____ (Forwarded to Grievance Officer/Warden/Other) Date: 10-12-20
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

ADCF-15

IGTT400
3GR

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate   <u>Cody/Obama, Steven/Ismael D.</u>     ADC #:   <u>145160B</u>
FROM:   Thrower, Caitlin S     TITLE:   <u>ADC Inmate Grievance Coord</u>
DATE:   <u>10/14/2020</u>     GRIEVANCE #:   <u>VSM20-02574</u>

Please be advised, I have received your Grievance dated <u>10/07/2020</u> on <u>10/14/2020</u> .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

_C. Thrower_
_____
Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

- ○ This Grievance will be addressed by the Warden/Center Supervisor or designee.
- ○ This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.
- ○ This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.
- ○ This Grievance has been determined to be an emergency situation, as you so indicated.
- ○ This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.
- ◉ This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of <u>VSM20-02539</u> , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

RECEIVED

OCT 2 6 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

_____
Inmate Signature

ADC #: 145160    10~16~20
             Date

I am Greiving Discrimination for not getting a Job. Not Same as Grievance VSM20-02539.

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02632

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 10/15/2020, you stated, "On 10-15-20 while Sgt. Dunlap and Cpl. Smith escorted me level 3 on step down w/o restraints to dental Lt. Brown advised (Put him in full restraints b/c Warden Gibson removed him from the program yesterday 10-14-20) I was clearly retaliated against as I stated in VSM20-02539, VSM20-02434 and VSM20-02424. I am class I-C and have done nothing to be removed from the step down program, I am not being released to population and I am not being transferred so theres no valid reason to remove me from the program. Holiday packages order forms were just given to us to complete. I'd like to be reinstated step down level 3. Per AR 225 and inmate disciplinary manual. I have a right to not be retaliated against due to use of grievance I'd like" [End of Allotted Space]

On 10/21/2020, your grievance was rejected as being a duplicate.

Your appeal was received on 10/26/2020. After a review of your appeal and supporting documentation, I find that you are Class IV, after receiving four disciplinaries. You are not eligible for Step-Down Program at this time. I find no evidence to support that your have been retaliated against. Therefore, I find no merit in your appeal.

Appeal Denied.

_____
Director

_11-23-20_____
Date

**UNIT LEVEL GRIEVANCE FORM** (Attachment I)

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM20-02632 |
| Date Received: 10/21/2020 |
| GRV. Code #: 209 |

Y/C
2/A

**Unit/Center** [illegible]

**Name** [illegible]

**ADC#** 115160 **Brks #** [illegible] **Job Assignment** [illegible]

10-15-20 (Date) STEP ONE: Informal Resolution 10-13

10-19-20 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: Failed to Warrant Removal from STEPDOWN Capt. Plummer/Taylor did not know why.

_______, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. In an Emergency, state why: _______

*Is this Grievance concerning Medical or Mental Health Services?* No *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On 10-15-20 [illegible]
[illegible]
[illegible] Lt. Brown [illegible]
[illegible] removed [illegible] 10-14-20)
I was [illegible] retaliated against as I stated in VSM20-0233, VSM20-02134 and VSM20-00424. I am Class 1-C and [illegible] to be removed [illegible] I am not [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

Inmate Signature [illegible] Date 10-15-20

***If you are harmed, threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 10-15-20 (date), and determined to be **Step One** and/or an Emergency Grievance _______ (Yes or No). This form was forwarded to medical or mental health? _______ (Yes or No). If yes, name of the person in that department receiving this form: _______ Date _______

Sgt. J. Jenkins 39950 [signature] 10-15-20
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: _______

RECEIVED
OCT 26 2020
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

[signature] 10-19-20
Staff Signature & Date Returned Inmate Signature & Date Received

RECEIVED
OCT 21 2020
VARNER UNIT GRIEVANCE

This form was received on 10-19-20 (date), pursuant to **Step Two**. Is it an Emergency? N (Yes or No).
Staff Who Received Step Two Grievance: _______ Date: _______
Action Taken: _______ (Forwarded to Grievance Officer/Warden/Other) Date: 10-19-20
If forwarded, provide name of person receiving this form: _______ Date: _______

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back to Inmate after Completion of Step One and Step Two.

# ACKNOWLEDGMENT OR REJECTION OF UNIT LEVEL GRIEVANCE

TO: Inmate  Cody/Obama, Steven/Ismael D.      ADC #:  145160B
FROM:  Thrower, Caitlin S                              TITLE:  ADC Inmate Grievance Coord
DATE:  10/21/2020                                       GRIEVANCE #:  VSM20-02632

Please be advised, I have received your Grievance dated 10/15/2020 on 10/21/2020 .
Your grievance was rejected as either non-grievable, untimely, duplicative, frivolous, or vexatious.

C. Thrower

Signature of ADC Inmate Grievance Coord

## CHECK ONE OF THE FOLLOWING

◯  This Grievance will be addressed by the Warden/Center Supervisor or designee.

◯  This Grievance is of a medical nature and has been forwarded to the Health Services Administrator who will respond.

◉  This Grievance involves a mental health issue and has been forwarded to the Mental Health Supervisor who will respond.

☐  This Grievance has been determined to be an emergency situation, as you so indicated.

◯  This Grievance has been determined to not be an emergency situation because you would not be subject to a substantial risk of personal injury or other serious irreparable harm. Your Grievance will be processed as a Non-Emergency.

◉  This Grievance was REJECTED because it was either non-grievable ( ), untimely, was a duplicate of VSM20-02628 , or was frivolous or vexatious.

## INMATE'S APPEAL

If you disagree with a rejection, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director. Keep in mind that you are appealing the decision to reject the original complaint. Address only the rejection; do not list additional issues, which were not a part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below. Its not duplicative B/C Im siting being Removed for STEPDOWN level 3 for NO Reason.

ADC#: 145160          Date 10-21-20

Inmate Signature

RECEIVED
OCT 2 6 2020
INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

IGTT430
3GD

Attachment VI

INMATE NAME: Cody/Obama, Steven/Ismael D.    ADC #: 145160    GRIEVANCE#:VSM20-02687

### CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION

In your grievance dated 10/19/2020, you stated, "On 10-15-2020 I had my family order me $150 holiday package b/c I am step down level 3. I have no idea why I am now restrictive housing when I've done nothing to warrant such a change in program status. I'd like to know why my status changed and can I get my package which was ordered."

On 10/29/2020, the warden responded, "You are not eligible for the commissary packages. You were removed from the Step-Down Program on October 14, 2020 per Major Carroll. If your family was charged for the holiday package, the money will be refunded back to them. Therefore, I find this issue without merit."

Your appeal was received on 11/10/2020. After a review of your appeal and supporting documentation, I concur with the Warden's decision; therefore, I find no merit in your appeal.

Appeal Denied.

_____        _12-11-20_____
Director                          Date

IGTT410                                                                              Attachment III
3GS

INMATE NAME: Cody/Obama, Steven/Ismael D.          ADC #: 145160B          GRIEVANCE #: VSM20-02687

### WARDEN/CENTER SUPERVISOR'S DECISION

In your grievance you state, "On 10-15-2020 I had my family order me $150 holiday package b/c I am step down level 3. I have no idea why I am now restrictive housing when I've done nothing to warrant such a change in program status. I'd like to know why my status changed and can I get my package which was ordered."

You are not eligible for the commissary packages. You were removed from the Step-Down Program on October 14, 2020 per Major Carroll. If your family was charged for the holiday package, the money will be refunded back to them. Therefore, I find this issue without merit.

RECEIVED

NOV 1 0 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Signature of Warden/Supervisor or Designee          Title          Date 10/29/20

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the appropriate Chief Deputy/Deputy/Assistant Director along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues, which are not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE ABOVE RESPONSE?

Major Carroll told Me I was Removed Per Warden Gibson, Lt. Brown told Me the Same and on 10/21/20 Warden Gibson told Me himself he had Me removed and would leave it to Major Carroll/Dw Shipman to Place Me back on RK I Infact had NO Disciplinaries

ADC#: 145160          Date 10-31-20

Inmate Signature

<u>UNIT LEVEL GRIEVANCE FORM</u>(Attachment I)

Unit/Center _____

Name _____

ADC# _1_4_5_6_0_0_ Brks #_6_7_3_9_Job Assignment _____

| FOR OFFICE USE ONLY |
|---|
| GRV. # VSM20-01081 |
| Date Received: 10/27/2020 |
| GRV. Code #: 502 |

_10-19-20_ (Date) STEP ONE: Informal Resolution

_10-26-20_ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.)
If the issue was not resolved during Step One, state why: _I didn't set step_
_all it yet._

_____, (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to
a substantial risk of physical harm: emergency grievances are not for ordinary problems that are not of serious
nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the
attached emergency receipt. In an Emergency, state why: _____

*Is this Grievance concerning Medical or Mental Health Services?* _✓_ *If yes, circle one: medical or mental*
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel
involved and how **you** were affected. (Please Print): _On 10-15-2020 I've still_

Inmate Signature _____ Date _10-19-20_

*If you are harmed,threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance
_____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name
of the person in that department receiving this form: _____ Date _____

_____     _____     _____
PRINT STAFF NAME (PROBLEM SOLVER)    ID Number Staff Signature                Date Received
Describe action taken to resolve complaint, including **dates**: _____

NOV 1 0 2020

INMATE GRIEVANCES SUPERVISOR
ADMINISTRATION BUILDING

Staff Signature & Date Returned          Inmate Signature & Date Received _10-26-20_
This form was received on _10-26-20_ (date), pursuant to **Step Two**. Is it an Emergency? _No_ (Yes or No)
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _10-26-20_
If forwarded, provide name of person receiving this form: _____ Date: _____

**DISTRIBUTION: YELLOW & PINK** - Inmate Receipts; **BLUE** - Grievance Officer; **ORIGINAL** - Given back
to Inmate after Completion of Step One and Step Two.

ADCF-15                www.ackatalog.com



**Arkansas Department of Correction**
**Varner/Varner Super Max Unit**
P. O. Box 600
**Grady, Arkansas 71644-0600**
**Tele: (870) 575-1902   Fax: (870) 479-2935**
**James Shipman, Deputy Warden**

TO:       Cody/Obama, Steven/Ismael D. #145160

FROM:     Deputy Warden James Shipman

DATE:     October 23, 2020

RE:       Inmate Request Form

In response to your inmate request form dated 10/22/2020, your status will be evaluated at your next 60 day review.

JS/lt

Relevent cases to case

1.) Holmes v. Artuz, 1995 WL 634945 (S.D. N.Y. 1995)

2.) Gilbreath v. Clark, 193 Fed. Appx. 741 (10th Civ. 2006).

3.) Gill v. Mooney, 824 F.2d 192, 194 (2d Civ. 1987).

4.) Wolf v. McDonnell, 418 U.S. 539 (1974).

5.) Sandin v. Conner, 515 U.S. 472 (1995).

## CERTIFICATE OF SERVICE

I, **Steven Cody-Obama**, hereby certify that he placed the foregoing motion in the

U.S. Mail to Court Clerk, Judge and Defendants on this 30ᵗʰ day of

_____ June _____, 2021.

Steven Cody-Obama

CC:   Judge Moody

       Circuit Clerk

       Defendants

4

Oliver Lody Obama #145160
P.O. Box 600
Grady, AR. 71644-0600

ADC
VARNER
UNIT

NEOPOST          FIRST-CLASS MAIL
06/30/2021
US POSTAGE   $003.20⁰

ZIP 71643
041M11450898

U.S. District Court
Eastern District of Arkansas
Office of Clerk
600 W. Capitol Ave.
A-149
Little Rock, AR. 72201-3325

LEGAL