# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

STEVEN CODY-OBAMA
a/k/a Ishmael Hassan Obama,
Steven Donnell Cody
ADC #145160                                                     PLAINTIFF

v.                                                  4:21-cv-00606-JM-JJV

JAMES GIBSON, Warden,
Varner Supermax, ADC, *et al.*                                      DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge James M. Moody Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

Plaintiff Steven Cody-Obama ("Plaintiff") is a prisoner in the Varner Unit of the Arkansas Division of Correction. On July 6, 2021, he filed a *pro se* Complaint, pursuant to 42 U.S.C. § 1983, alleging Defendants violated his constitutional rights. (Doc. 1.) But Plaintiff did not pay the filing fee or seek permission to proceed *in forma pauperis*.

On July 8, 2021, I determined Plaintiff is a three-striker as defined by 28 U.S.C. § 1915(g). (Doc. 2.) Because nothing in the Complaint suggested Plaintiff was currently in imminent danger of serious physical injury, I found he could not proceed *in forma pauperis*, ordered him to pay the $402 filing fee in full within twenty-one (21) days, and warned him I would recommend dismissal if he failed to timely do so. (*Id*.)

On July 14, 2021, Plaintiff filed a Motion to Amend the Complaint and a Motion to Proceed *In Forma Pauperis* ("IFP Motion"). (Docs. 3, 4.) I granted the Motion to Amend the Complaint and denied the IFP Motion because Plaintiff's revised allegations did not satisfy the imminent danger exception to the three strikes rule. (Doc. 5.)

On August 5, 2021, Plaintiff filed an Affidavit saying he is in imminent danger because "Cpl. Layfette is still harassing me, targeting and retaliating against me as well as tampering w/ food trays of mine." (Doc. 7 at 2.) As I have previously explained to Plaintiff, all allegations against all defendants must be contained in one document. (Doc. 2.) He cannot piece together his allegations in separate pleadings. (*Id*.) And, Plaintiff has not filed a proper motion seeking permission to file a Second Amended Complaint. *See* Fed. R. Civ. P. 15(a)(2) (a plaintiff may amend a complaint only once without the court's permission); Local Rule 5.5(e) (a party seeking to amend a pleading must file an appropriate motion and a complete copy of the proposed amended pleading that does not incorporate, by reference, any prior pleadings.) Thus, the Affidavit (Doc. 7) is not part of Plaintiff's Amended Complaint. Further, the allegations in the Affidavit are too vague to establish that Plaintiff is currently in imminent danger of serious physical injury.

For these reasons, I conclude § 1915(g) precludes Plaintiff from proceeding *in forma pauperis*. And, the deadline for him to pay the filing fee has passed. Accordingly, this case should

be dismissed without prejudice. If Plaintiff wishes to proceed with this action, he must pay the $402 fee in full with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. The Amended Complaint (Doc. 6) be DISMISSED without prejudice, and this case be CLOSED.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 5th day of August 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE