IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN CODY-OBAMA
a/k/a Ishmael Hassan Obama,
Steven Donnell Cody
ADC #145160                                                                                                    PLAINTIFF

v.                                              4:21-cv-00606-JM

JAMES GIBSON, Warden,
Varner Supermax, ADC, *et al.*                                                                          DEFENDANTS

## ORDER

      The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's motion for leave to proceed in forma pauperis and his motion to amend the complaint. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects. The claims made in Plaintiff's proposed second amended complaint are too vague to satisfy the imminent danger of serious physical injury exception. The Court has given Plaintiff ample guidance and opportunity to plead imminent danger and his proposed amended complaint does not remedy the deficiencies of the Amended Complaint. Therefore, it is futile to allow Plaintiff to amend. *See Amrine v. Brooks*, 522 F.3d 823, 833 (8th Cir. 2008) (a court may deny a prisoner's motion to amend the complaint when such amendment would be futile).

      IT IS THEREFORE ORDERED that:

1. The Amended Complaint (Doc. 6) is DISMISSED without prejudice.

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 9) and his motion to amend the complaint (Doc. 10) are DENIED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal

from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 26th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE