IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STEVEN CODY-OBAMA
a/k/a Ishmael Hassan Obama,
Steven Donnell Cody
ADC #145160                                                                                              PLAINTIFF

v.                                         4:21-cv-00606-JM

JAMES GIBSON, Warden,
Varner Supermax, ADC, *et al.*                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 26th day of August 2021.

_____
UNITED STATES DISTRICT JUDGE